# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 47 EAL 2018 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Judgment Order** of |
| v. | : | the Superior Court at No. 2151 EDA |
| | : | 2015 entered on December 29, 2017, |
| | : | **affirming** the Judgment of Sentence |
| JAHEED HYMON, | : | of the Philadelphia County Court of |
| | : | Common Pleas at No. CP-51-CR- |
| Petitioner | : | 0011353-2014 entered on June 17, |
| | : | 2015 |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 17th day of May, 2019, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED,** and the case is **REMANDED** to the Court of Common Pleas for imposition of an order consistent with this Court's opinion in *Commonwealth v. Perfetto*, 7 EAP 2018.